7:129c7IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:19-cv-223 |
| ) | |
| 8.60 ACRES OF LAND, OWNED BY ) | By: Elizabeth K. Dillon |
| DOWDY FARM, LLC, et al., ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. Defendants' objections to the R&R (Dkt. No. 32) are OVERRULED;

2. The Report and Recommendation, dated January 22, 2021, (Dkt. No. 31) is ADOPTED; and

3. Defendants' motion to enforce settlement (Dkt. No. 19) is DENIED.

The clerk is directed to send a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: March 4, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge